## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------X
INDIVIOR INC.,                                          :
INDIVIOR UK LIMITED,                                    :
and                                                     :
MONOSOL, RX, LLC                                        :
                                                        :
          Plaintiffs,                                   :
                                                        :
     v.                                                 :   Civil Action No. 1:15-cv-01016-RGA
                                                        :
                                                        :   Hon. Richard G. Andrews, U.S.D.J.
MYLAN TECHNOLOGIES INC.,                                :
MYLAN PHARMACEUTICALS INC., and                         :
MYLAN N.V.,                                             :
                                                        :
          Defendants.                                   :
----------------------------------------------------------X
```

### CONSENT JUDGMENT

Indivior Inc. and Indivior UK Limited, as successors in interest to Reckitt Benckiser Pharmaceuticals, Inc. and RB Pharmaceuticals Limited (hereinafter collectively "Indivior"), MonoSol Rx, LLC. (hereinafter "MonoSol"), and Mylan Pharmaceuticals Inc., Mylan Technologies, Inc. and Mylan N.V. (hereinafter collectively "Mylan"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this 26 day of [~], 2017:

ORDERED, ADJUDGED AND DECREED as follows:

1.   This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2.   As used in this Consent Judgment, (i) the term "Mylan Product" shall mean a drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 207607 (and defined in greater detail in the Settlement Agreement); and (ii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Mylan; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the board of directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3.   Unless otherwise specifically authorized pursuant to the Settlement Agreement, Mylan, including any of its Affiliates, successors and assigns, is enjoined from making, having made, using, selling, offering to sell, importing or distributing the Mylan Product.

4.   Compliance with this Consent Judgment may be enforced by Indivior and MonoSol and their successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5.   This Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

We hereby consent to the form and entry of this Order:

Dated: September 25, 2017

Respectfully Submitted,

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
Dana K. Severance (#4869)
Daniel M. Attaway (#5130)
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302) 252-4320
mbourke@wcsr.com
dseverance@wcsr.com
dattaway@wcsr.com

*Counsel for Plaintiffs*

*/s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Counsel for Defendants Mylan Technologies Inc., Mylan Pharmaceuticals Inc. and Mylan N.V.*

SO ORDERED this _26_ day of September, 2017.

The Honorable Richard G. Andrews