IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INDIVIOR INC., INDIVIOR UK LIMITED, and MONOSOL RX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN TECHNOLOGIES INC., MYLAN PHARMACEUTICALS INC., and MYLAN N.V.,<br><br>Defendants. | C.A. No. 15-1016-RGA |
| RECKITT BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, AND MONOSOL RX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK INC.,<br><br>Defendant. | C.A. No. 15-0477-RGA |

[PROPOSED] ORDER

WHEREAS, Alvogen Pine Book Inc., having moved to seal certain trial exhibits containing matters deemed confidential and highly confidential (the "Motion") pursuant to the Stipulated Protective Order in this action, and good cause having been shown:

**IT IS HEREBY ORDERED** this 27 day of February, 2018 that Alvogen Pine Brook Inc.'s Unopposed Motion to Seal Exhibits PTX-1024, PTX-1052, PTX-1053, PTX-1055 through PTX-1059, PTX-1063, PTX-1066, PTX-1095, PTX-1388, PTX-1395 through PTX-1419, PTX-1450, DTX-1081, DTX-1082, DTX-1536, DTX-1537, and DTX-1579 is **GRANTED**.

/s/ Richard G. Andrews
The Honorable Richard G. Andrews